■ ORLANDO MINETTO et al., Respondents, v GEORGE MARAGLIANO, Appellant, et al., Defendant.

Under the circumstances, it was a proper exercise of discretion for Special Term to conclude that the delay in service of the reply to the counterclaim was excusable and that the reply was meritorious (*see,* CPLR 2005; *Sanders & Assoc. v Hague Dev. Corp.,* 100 AD2d 964). Mollen, P. J., Titone, Thompson and Lawrence, JJ., concur.